No. 03–113. PRESTIGE FORD v. DEALER COMPUTER SERVICES, INC., FKA FORD DEALER COMPUTER SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 03–117. BROWN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–118. MOLNAR v. PRATT & WHITNEY. C. A. 2d Cir. Certiorari denied.

No. 03–119. ELLMAN v. WOODSTOCK SCHOOL DISTRICT #200. C. A. 7th Cir. Certiorari denied.

No. 03–120. CHRISTIE v. FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–121. CM TAX EQUALIZATION FOUNDATION, INC., ET AL. v. COLUMBUS-MUSCOGEE COUNTY CONSOLIDATED GOVERNMENT ET AL. Sup. Ct. Ga. Certiorari denied.

No. 03–122. DING, INDIVIDUALLY AND AS NEXT FRIEND OF DING ET AL., MINORS v. ENGLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–125. KREITENBERG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–126. MORGAN BUILDINGS & SPAS, INC. v. BECHT. Sup. Ct. La. Certiorari denied.

No. 03–129. PUERTO RICO ET AL. v. FRESENIUS MEDICAL CARE CARDIOVASCULAR CENTER CORP. C. A. 1st Cir. Certiorari denied.

No. 03–131. LITTLE v. MISSISSIPPI DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Miss. Certiorari denied.

No. 03–133. FERRO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–134. OZANTE v. PRAGER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.